IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-CV-61-D

| | |
|---|---|
| VICTORIA GALBREATH, | )<br>) |
| Plaintiff, | )<br>) |
| | ) **ORDER** |
| v. | )<br>) |
| TIME WARNER CABLE, INC., | )<br>) |
| Defendant. | ) |

This case comes before the court on the motion (D.E. 33) filed by plaintiff Victoria Galbreath ("plaintiff") to excuse her from in-person attendance at the settlement conference herein set for 27 January 2016. Defendant takes no position on plaintiff's request. Good cause has not been shown for plaintiff's request. Local Civil Rule 101.2(d)(1), E.D.N.C. requires an individual party to be physically present for the entire court-hosted settlement conference and it is the undersigned's experience in cases similar to this one that allowing an individual party to participate by telephone would impair the effectiveness of a settlement conference. An effort by plaintiff to minimize fees and costs does not establish good cause for deviating from the Local Rule's requirement. The motion is accordingly DENIED and plaintiff's in-person attendance is required.

SO ORDERED, this 11 day of January 2016.

James E. Gates
United States Magistrate Judge