UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 7:14-CV-61-D

| | |
|---|---|
| VICTORIA GALBREATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| TIME WARNER CABLE INC., ) | |
| ) | |
| Defendant. ) | |

Defendant Time Warner Cable Inc., through counsel, hereby gives notice to the Court that the parties today agreed to settle this matter in principal subject to execution of a full and final settlement agreement drafted by the parties. Undersigned counsel for Defendant attempted to confer with counsel for Plaintiff via email and telephone regarding the form of this Notice, but did not receive a response prior to filing this Notice.

This the 26th day of January 2016.

      /s/ D.J. O'Brien III
D.J. O'Brien III
dobrien@brookspierce.com
N.C. State Bar No. 35481
Brooks, Pierce, McLendon,
Humphrey & Leonard, LLP
1600 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Tel. (919) 839-0300
Fax (919) 839-0304

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the following:

>Ruth M. Allen
>rallen@lemberglaw.com
>*Attorney for Plaintiff*

This the 26th day of January 2016.

>/s/ D.J. O'Brien III
>D.J. O'Brien III