**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| Victoria Galbreath,<br><br>     Plaintiff,<br> v.<br><br>Time Warner Cable, Inc.,<br><br>     Defendant. | Civil Action No.: 7:14-cv-00061-D |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Time Warner Cable, Inc. with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Victoria Galbreath | Time Warner Cable, Inc. |
|---|---|
| ___/s/ Ruth M. Allen_____ | _/s/ D.J. O'Brien_____ |
| Ruth M. Allen, Esq.<br>Bar Number: 34739<br>7413 Six Forks Road, Suite 326<br>Raleigh NC 27615<br>Telephone: (855) 301-2100 Ext. 5536<br>Facsimile: (888) 953-6237<br>Email: rallen@lemberglaw.com<br>Attorney for Plaintiff | D.J. O'Brien III<br>Brooks, Pierce, McLendon, Humphrey &<br>Leonard, LLP<br>1600 Wachovia Capitol Center<br>150 Fayetteville Street<br>Raleigh, NC 27601<br>(919) 839-0300<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By */s/ Ruth M. Allen*
      Ruth M. Allen, Esq.